HONORABLE JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| EMERALD CITY PET RESCUE, a Washington nonprofit corporation,<br><br>      Plaintiff,<br><br> vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a for-profit Massachusetts Company; and OHIO SECURITY INSURANCE COMPANY, a for-profit Ohio company; and MIDVALE INDEMNITY COMPANY, a for-profit Wisconsin Company,<br>      Defendants. | Cause No. 2:24-cv-01843 JCC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT** |

 THIS MATTER came before the Court on parties Stipulated Motion for Briefing Schedule for Cross-Motion for Summary Judgment the Court having considered the sipulated motion following documents:

 IT IS HEREBY ORDERED, the following beefing schedule is as follows:

- On or before June 12, 2025: Liberty Mutual shall file a combined Response to ECPR's Motion for Summary Judgment and Cross Motion for Summary Judgment.

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

- On or before June 26, 2025: ECPR shall file a combined Reply in Support of ECPR's Motion for Summary Judgment and Response to Liberty Mutual's Cross-Motion for Summary Judgment.

- On or before July 7, 2025: Liberty Mutual shall file a Reply in Support of Liberty Mutual's Cross-Motion for Summary Judgment.

Thus, Both ECPR's Motion for Summary Judgment, ECF #21 and Liberty Mutual's Cross Motion for Summary Judgment should be noted for July 11, 2025.

IT IS SO ORDERED:

DATED this 30th day of May 2025

*[signature: John C Coughenour]*

_____
UNITED STATES DISTRICT COURT

Presented by:

SOHA & LANG, P.S.

By: */s/ Benjamin Helford*
　　Paul Rosner WSBA # 37146
　　Benjamin Helford, WSBA # 46960
　　*Attorneys for Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company*


By: */s/ Steven W. Block (by e-consent)*
　　Steven W. Block, WSBA # 24299
　　*Attorney for Plaintiff Emerald City Pet Rescue*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT – 2
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585