THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMERALD CITY PET RESCUE,

                Plaintiff,

     v.

LIBERTY MUTUAL INSURANCE
COMPANY, *et al.*,

                Defendants.

CASE NO. C24-1843-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a continuance (Dkt. No. 29). Finding good cause, the Court **continues trial to April 20, 2026**, and modifies the remaining case management dates to the following:

| | |
|---|---|
| Discovery completed by | December 22, 2025 |
| Mediation completed by | January 5, 2025 |
| Dispositive motions due by | January 19, 2026 |
| Motions *in limine* due by | April 9, 2026 |
| Pretrial Order due by | April 9, 2026 |

| Proposed verdict forms, *voir dire* and jury instructions due by | April 13, 2026 |
|---|---|
| Trial briefs to be submitted by | April 15, 2026 |

DATED this 29th day of August 2025.


<u>Ravi Subramanian</u>
Clerk of Court


<u>s/Kadya Peter</u>
Deputy Clerk