THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| EMERALD CITY PET RESCUE, a Washington nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; a for-profit Massachusetts Company; and OHIO SECURITY INSURANCE COMPANY, a for-profit Ohio company; and MIDVALE INDEMNITY COMPANY, a for-profit Wisconsin Company,<br><br>Defendants. | Case No. 2:24-cv-01843-JCC<br><br>**[PROPOSED] ORDER GRANTING STIPULATED MOTION TO APPOINT SETTLEMENT JUDGE** |

THIS DAY THIS CAUSE CAME ON TO BE HEARD ON the Parties' Stipulated Motion (**Dkt 33**) to Appoint Settlement Judge (the "Motion"), and this Court, upon consideration thereof, determines that appointment of a judicial officer as a settlement judge is appropriate to facilitate possible settlement. Now, therefore, it is hereby ORDERED:

1. United States Magistrate Judge Grady Leupold (the "Settlement Judge") is appointed as a settlement judge to assist in resolving the claims in this case.

2. The Parties are authorized to take all steps necessary or appropriate regarding scheduling, preparing, and participating in settlement conferences with the Settlement Judge.

3. The parties should confer regarding the date and time of a status conference before the Settlement Judge and **are directed to contact the Settlement Judge's Courtroom Deputy,**

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO APPOINT SETTLEMENT JUDGE - 1
Case No. 2:24-cv-01843-JCC

133902.0013/9985327.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

1  **Kelly Miller, at Kelly_Miller@wawd.uscourts.gov** for scheduling purposes and to address any other details about the settlement conference. Once scheduled, the Settlement Judge may establish the procedures for one or more settlement conferences.

4.  The Settlement Judge is being appointed because of a judicial position as, and to act in the specific capacity as, a United States Magistrate Judge. By serving as a settlement judge, the Settlement Judge performs judicial duties. *See, e.g.*, 28 U.S.C. § 651; Fed. R. Civ. P. 16(a)(5), (c)(2)(I); LCR 39.1(a) (W.D. Wash.); Code of Conduct for United States Judges, Canon 3(A)(4)(d). As such, the Settlement Judge and all persons assisting the Settlement Judge will have full, unqualified judicial immunity, as well as all other privileges, immunities, and protections of a United States Magistrate Judge and judiciary employees, regarding any matters arising from or related to the Settlement Judge's role as settlement judge.

5.  All parties participating in the settlement process will automatically: a. waive and be unable to assert any claims or causes of action against the Settlement Judge or any court employees assisting with the settlement process that arise from or relate to the settlement process; and b. waive and be unable to seek to compel from the Settlement Judge or from any court employees assisting with the settlement process any oral or written testimony, document production (including, without limitation, regarding any records, reports, summaries, notes, communications, or other documents received or made by the Settlement Judge or any court employees while serving in such capacity), or other participation whatsoever in any litigation, judicial, arbitral, or other proceeding of any kind.

6.  The Settlement Judge may, in the Settlement Judge's sole discretion, require that the parties sign an agreement memorializing the above understandings before agreeing to serve as a settlement judge.

7.  All documents and statements by the parties, attorneys, the Settlement Judge, any court employees, or other participants that are presented or made during the settlement process will in all respects be privileged, not reported, not recorded, not placed into evidence, not made known to the court, and not construed for any purpose as an admission.

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO
APPOINT SETTLEMENT JUDGE - 2
Case No. 2:24-cv-01843-JCC

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107

133902.0013/9985327.1

8.   No party is bound by any statement made or act taken during the settlement process unless a settlement is reached by the parties. If a settlement is reached, the settlement terms must be reduced to writing or recited and agreed to on the record.

9.   The Court has and retains exclusive jurisdiction and power regarding all matters arising from or related to (i) this order and (ii) the Settlement Judge's role as settlement judge.

SO ORDERED AND ADJUDGED ON THIS THE 1st DAY OF DECEMBER 2025.

*[signature]*

_____
HONORABLE JOHN C. COUGHENOUR

U.S. District Judge

Presented By:

BALLARD SPAHR LLP


*s/ Steven W. Block*
Steven W. Block, WSBA No. 24299
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
blocks@ballardspahr.com


SOHA & LANG P.S.

*s/ Paul Rosner*
Paul Rosner, WSBA No. No. 37146
1325 Fourth Avenue, Suite 940
Seattle, WA 98101-2509
rosner@sohalang.com

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO APPOINT SETTLEMENT JUDGE - 3
Case No. 2:24-cv-01843-JCC

133902.0013/9985327.1

BALLARD SPAHR LLP
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WASHINGTON 98111-9402
206.223.7000 FAX: 206.223.7107