HONORABLE JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| EMERALD CITY PET RESCUE, a Washington nonprofit corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a for-profit Massachusetts Company; and OHIO SECURITY INSURANCE COMPANY, a for-profit Ohio company; and MIDVALE INDEMNITY COMPANY, a for-profit Wisconsin Company,<br>　　　　　　　　　　Defendants. | Cause No. 2:24-cv-01843 JCC<br><br>**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE SCHEDULE**<br><br>**NOTE FOR MOTION CALENDAR: DECEMBER 12, 2025** |

## I. STIPULATION

Plaintiff Emerald City Pet Rescue ("ECPR") and Defendants Liberty Mutual Insurance Company ("Liberty") and Ohio Security Insurance Company (collectively "Defendants") jointly request that the Court extend all remaining case schedule deadlines. The Court appointed United States Magistrate Judge Grady Leupold as a settlement judge (ECF # 34), and the parties have scheduled a judicial settlement conference to take place on January 26, 2026. The parties are hopeful that this matter will be settled, and now wish to extend all remaining deadlines to avoid

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF CASE SCHEDULE – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, STE 940
Seattle, Washington 98101-2509
(206) 624-1800/Fax (206) 624-3585

additional costs to the parties and for the sake of judicial efficiency. This is the parties' second request for a case schedule continuance.

Currently there is a bench trial scheduled for April 20, 2026. The parties ask that the bench trial be instead scheduled for **June 15, 2026.** The parties also ask that all other deadlines be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Discovery completed by | December 22, 2025 | February 16, 2026 |
| Mediation completed by | January 5, 2026 | March 2, 2026 |
| Dispositive motions due by | January 19, 2026 | March 16, 2026 |
| Motions in limine due by | April 9, 2026 | June 4, 2026 |
| Pretrial Order due by | April 9, 2026 | June 4, 2026 |
| Proposed verdict forms, voir dire and jury instructions due by | April 13, 2026 | June 8, 2026 |
| Trial briefs to be submitted by | April 15, 2026 | June 10, 2026 |

## II. AUTHORITY

The parties request this extension of deadlines pursuant to FRCP 6(b)(1)(A), which provides:

When an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE SCHEDULE – 2
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

FRCP 6(b)(1) should be "liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010) (quoting *Rodgers v. Watt*, 722 F.2d 456, 459 (9th Cir. 1983)). The phrase "good cause," used frequently in our legal system, "means little more than that there is a good reason for . . . the action proposed to be taken." *California Trout v. Fed. Energy Regulatory Comm'n*, 572 F.3d 1003, 1027 (9th Cir. 2009). An extension requested under FRCP 6(b)(1) "normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." Id., at 1027 n.1.

Here, the parties seek an extension of time to avoid unnecessary litigation costs while the parties engage in settlement negotiations.

STIPULATED TO this 12th day of December, 2025.

| BALLARD SPAHR LLP | SOHA & LANG, P.S. |
|---|---|
| *s/ Steven W. Block* | |
| Steven W. Block, WSBA No. 24299 | Paul Rosner, WSBA No. 37146 |
| 1301 Second Avenue, Suite 2800 | Benjamin K. Helford, WSBA No. 46960 |
| Seattle, WA 98101 | 1325 Fourth Avenue, Suite 940 |
| Telephone: 206.223.7000 | Seattle, WA 98101-2509 |
| blocks@ballardspahr.com | Telephone: 206-624-1800 |
| *Attorneys for Plaintiff Emerald City Pet Rescue* | rosner@sohalang.com |
| | *Attorneys for Defendants Liberty Mutual Insurance Company and Ohio Security Insurance Company* |

### III. ORDER

THIS MATTER having come before the Court on the parties' Stipulation and [~~Proposed~~] Order For Continuance of Case Schedule (**Dkt 35**) and the Court being fully informed in the premises, NOW, THEREFORE,

STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE SCHEDULE – 3
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585

It is hereby ORDERED, ADJUDGED, AND DECREED that the trial date be updated to **July 13, 2026**, and that the following new deadlines are adopted:

| Event | New Deadline |
|---|---|
| Discovery completed by | February 16, 2026 |
| Mediation completed by | March 2, 2026 |
| Dispositive motions due by | March 16, 2026 |
| Motions in limine due by | **June 29**, 2026 |
| Pretrial Order due by | **June 29**, 2026 |
| Proposed verdict forms, voir dire and jury instructions due by | **July 3**, 2026 |
| Trial briefs to be submitted by | **July 6**, 2026 |

Dated this <u>15th</u> day of December, 2025.

_____
Honorable John C. Coughenour

STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF CASE SCHEDULE – 4
USDC WD WA/SEA CAUSE NO. 2:24-cv-01843 JCC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/FAX (206) 624-3585