THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EMERALD CITY PET RESCUE,

           Plaintiff,

    v.

LIBERTY MUTUAL INSURANCE
COMPANY, *et al.*,

           Defendants.

CASE NO. C24-1843-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

A bench trial is scheduled in this matter to commence July 6, 2026. The parties are DIRECTED to report to courtroom 16B at 8:30 a.m. The Court sets aside 3 days of courtroom time for this proceeding (to include opening argument, direct testimony, cross-examination, and closing argument). The Court DIRECTS the parties to lodge respective proposed findings of fact and conclusions of law 14 days after trial is complete.

**The parties are reminded to coordinate with the Courtroom Deputy and complete necessary courtroom technology training prior to trial.**

The Court will provide rulings on the parties' motions *in limine* the morning of trial. It notes, though, that it is not inclined to permit remote testimony. All testimony must be presented

MINUTE ORDER
C24-1843-JCC
PAGE - 1

in person, absent the satisfaction of Federal Rules of Civil Procedure 32 and/or 43. In addition, the Court STRIKES the previously established requirement that proposed verdict forms, *voir dire*, and jury instructions be submitted, (*see, e.g.*, Dkt. No. 37 at 4). Such filings are unnecessary in this instance.

DATED this 30th day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
C24-1843-JCC
PAGE - 2