THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMERALD CITY PET RESCUE, | CASE NO. C24-1843-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LIBERTY MUTUAL INSURANCE COMPANY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court directs Courthouse Security to allow the litigants in the above-captioned case to bring food and drink into the courthouse for the duration of the retrial in this matter scheduled to begin Monday, July 13, 2026.

DATED this 13th day of July 2026.

Joshua C. Lewis
Clerk of Court

s/Kadya Peter
Deputy Clerk

MINUTE ORDER
C24-1843-JCC
PAGE - 1